STATE OF NEW JERSEY v. JAMES DENSON.

July 11, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. CASIMIR USOWICZ, ETC.

July 11, 1989.

Petition for certification denied.

BOARD OF EDUCATION OF THE CITY OF ENGLEWOOD v. ENGLEWOOD TEACHERS ASSOCIATION.

July 11, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. SANDRA YORK.

July 11, 1989.

Petition for certification denied.